**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

RENATHO KEMSLEY CASSEUS,

Petitioner,

v.

CHRISTOPHER J. LAROSE, *et al.*,

Respondents.

Case No. 26-cv-05401-BAS-MMP

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS (ECF No. 1)**

Petitioner Renatho Kemsley Casseus filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1.) The Court held a hearing on the Petition.

For the reasons expressed at the hearing, the Court **GRANTS** the Petition. Specifically, the Court finds that Respondents' re-detention of Petitioner without notice and an opportunity to be heard violated his due process rights. *See Mathews v. Eldridge*, 424 U.S. 319, 334–35 (1976). Accordingly, the Court issues the following writ:

> Petitioner Renatho Kemsley Casseus (A# 244-049-012) is ordered released forthwith on the same terms and conditions on which he was originally released in May 2023.

The Clerk of Court shall close the case.

**IT IS SO ORDERED.**

**DATED: October 16, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**